413 A.2d 1129

Commonwealth v. Urbania, Appellant.

Submitted October 26, 1978.
Alphonse P. Lepore, Jr., for appellant; Gerald R. Solomon, District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, SPAETH and MONTGOMERY, JJ.

Judgment of sentence of the lower court is hereby affirmed.

413 A.2d 1129

Lawson v. Simonsen, Appellant.

Argued April 9, 1979. P. Ronald Cooper, for appellant; Samuel F. Bonavita, for appellee.

Before VAN der VOORT, SPAETH and WATKINS, JJ.

Decree affirmed.

SPAETH, J. concurred in the result.